IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY WHITTLE                                                                                     PLAINTIFF

v.                                    Civil No. 6:14-cv-06131

CITY OF ARKADELPHIA, ARKANSAS, *et al*                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Compel against Defendants Clark County, Arkansas and Sheriff Jason Watson. ECF No. 15. Defendant has failed to responded to Plaintiff's Motion. Plaintiff's Motion has been referred to the undersigned, and it is now ripe for consideration.

Upon review, the Court finds this Motion (ECF No. 15) should be **GRANTED** as follows:

1. Defendants shall provide a full response to Interrogatory 12, not a broad reference to unspecified documents.

2. Defendants shall provide a full response to Requests for Production Nos. 11 and 14;

3. Defendants shall provide hard copies or pdf electronic documents of all jail books during Defendant Watson's     tenure;

4. Defendants shall provide copies of all index cards for inmates and all manila folders and their contents for inmates who would be responsive to Interrogatory No. 12;

5. Defendants shall provide any documents showing what charges any inmate responsive to Interrogatory No. 12 was arrested on;

6. Defendants shall provide any documents showing what charges any inmate responsive to Interrogatory No. 12 was convicted of and sentenced to county jail for; and

7. Defendants shall provide any documents showing when any inmate responsive to Interrogatory No. 12 was sentenced to county jail.

**ENTERED** this **30th day of September 2015.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE